420

PER CURIAM.

Appellant was convicted for driving an automobile upon a public highway while intoxicated, and his punishment was assessed at three days in jail and a fine of $50.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the unlawful possession of a still, mash, material, equipment and supplies capable of producing intoxicating liquor, and his punishment was assessed at a fine of $350.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

**James HESTER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27312.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

**Edgar Lee AVANTS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27255.**

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

